IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TIMOTHY R. JONES, JR.**                                            **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:07CV427 HTW-LRA**

**NES EQUIPMENT SERVICES CORPORATION**
**D/B/A NES RENTALS**                                             **DEFENDANT**

FINAL JUDGMENT

Pursuant to the unanimous verdict rendered in favor of the Defendant, NES Equipment Services Corporation d/b/a NES Rentals, in this case on February 25, 2009, following a jury trial of this matter [see docket entry no. 118]:

IT IS ADJUDGED that the Plaintiff, Timothy R. Jones, Jr., shall take nothing from NES Equipment Services Corporation d/b/a NES Rentals and that final judgment is rendered in favor of NES Equipment Services Corporation d/b/a NES Rentals. The Court reserves jurisdiction to determine that amount of costs, if any, that Defendant is entitled to recover in this matter.

ORDERED AND ADJUDGED this the 24th day of March, 2009.

                                         s/ HENRY T. WINGATE
                                         CHIEF UNITED STATES DISTRICT JUDGE